Drake Loeb PLLC
555 Hudson Valley Avenue, Suite 100
New Windsor, NY 12553
Telephone: (845) 561-0550
Facsimile (845) 561-1235
Alana R. Bartley, Esq. (AB-0820)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

| | |
|---|---|
| In re: | **OBJECTION TO CONFIRMATION** |
| SUSAN L ACQUAFREDDA, | Case No.: 25-10661-pb |
| Debtor. | Chapter 13 |

-----------------------------------------------------------X

TO THE HONORABLE PHILIP BENTLEY, UNITED STATES BANKRUPTCY JUDGE:

Chapter 13 Creditor, MMG Investments II, LLC ("MMG"), by its attorneys, Drake Loeb PLLC, respectfully objects to the proposed Chapter 13 Plan of the Debtor, Susan L Acquafredda (the "Debtor"), based upon the following:

1. I am an attorney duly admitted to practice in the State of New York and before the United States District Court for the Southern District of New York. I am a partner of the law firm of Drake Loeb PLLC, attorneys for MMG. I am fully familiar with the facts and circumstances set forth herein.

2. MMG is the holder of a first mortgage lien on real property located at 3100 Casler Place, Bronx, New York (the "Property") made on or about September 24, 2010, by Hudson Valley Bank, N.A. to the Acquafredda Enterprises, LLC in the original principal amount of $85,000.00 (the "Loan"). The Debtor is a guarantor of the Loan, and a Mortgagor, as she is the record owner of the Property.

3. Acquafredda Enterprises LLC and the Debtor failed to comply with the terms and conditions of the Loan by failing to pay the outstanding balance due on the Loan when the Loan matured pursuant to its terms on January 15, 2011.

4. By virtue of a series of assignments, the Note, Mortgage and related loan documents were duly assigned by Hudson Valley Bank, N.A. to CL45 MW Loan 1, LLC to MMG Investments II, LLC.

5. Due to the Debtor's default an action was commenced in the Supreme Court of the State of New York, Bronx County, now entitled *MMG Investments II, LLC v. Acquafredda Enterprises, LLC*, et al., Index No. 380880/11, to foreclose the Mortgage (the "Foreclosure Action").

6. As of the petition date, a Judgment of Foreclosure and Sale had been granted in the Foreclosure Action. (A copy of the Judgment of Foreclosure and Sale is annexed hereto as Exhibit "A".)

7. A foreclosure sale of the Property was scheduled for April 28, 2025.

8. On April 5, 2025, the Debtor filed the instant voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York (the "Petition").

9. On May 29, 2025, MMG filed a timely proof of claim for the Loan within the instant bankruptcy proceeding, in the amount of $210,719.50. (A copy of Claim No. 2-1 is annexed hereto as Exhibit "B".)

10. MMG objects to confirmation of the Debtor's proposed Chapter 13 Plan as the Debtor's Chapter 13 Plan does not adequately provide for the satisfaction of MMG's arrears (which total $210,719.50) and, upon information and belief, there is no feasible way for the

Debtor to satisfy the arrears over the life of the Plan, in violation of Bankruptcy Code § 1325(a)(5)(B)(ii).

11. Moreover, as set forth in the Proof of Claim, interest continues to accrue on the claim at a total rate of $35.72 per day. MMG also continues to incur costs for forced place insurance as no proof of insurance of the Property has been provided to MMG. While the Debtor's plan provides for post-petition payments to be made outside of the Plan, the Debtor has made no post-petition payments to MMG to date.

12. Based upon the foregoing, it is respectfully submitted that confirmation of the Debtor's proposed Chapter 13 Plan be denied pursuant to 11 U.S.C. §1325.

Dated: May 29, 2025
    New Windsor, New York

DRAKE LOEB PLLC

By: /s/ Alana R. Bartley
ALANA R. BARTLEY, ESQ. (AB-0820)
*Attorneys for MMG Investments II, LLC*
555 Hudson Valley Avenue, Suite 100
New Windsor, New York 12553
Tel. No.: 845-561-0550

Drake Loeb PLLC
555 Hudson Valley Avenue, Suite 100
New Windsor, NY 12553
Telephone: (845) 561-0550
Facsimile (845) 561-1235
Alana R. Bartley, Esq. (AB-0820)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:                                                      **CERTIFICATE OF SERVICE**

SUSAN L ACQUAFREDDA,                                        Case No.: 25-10661-pb

                        Debtor.        Chapter 13

-----------------------------------------------------------X

        I, ALANA R. BARTLEY, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age, and reside at Cornwall, New York 12518.

2. I hereby certify that on May 29, 2025, I served a true copy of the Objection to Confirmation with exhibits in the following manner:

By e-filing same with the United States Bankruptcy Court, Southern District of New York and by mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the address of the addressee(s) as indicated below:

TO:    Susan L Acquafredda
        3100 Casler Place
        Bronx, NY 10465

        H. Bruce Bronson, Jr.
        Bronson Law Offices, P.C.
        480 Mamaroneck Avenue
        Harrison, NY 10528-0023

        Thomas C. Frost
        Chapter 13 Standing Trustee
        399 Knollwood Road, Suite 102
        White Plains, NY 10603

United States Trustee
Office of the United States Trustee - NY
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004-1408

Margolin, Weinreb & Nierer, LLP
Andrew Goldberg, Esq.
Attorneys for Avail 1 REO LLC
575 Underhill Boulevard, Suite 224
Syosset, New York 11791

                                                /s/ Alana R. Bartley
                                                ALANA R. BARTLEY, ESQ.