UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

Susan L Acquafredda,

     Debtor.
-----------------------------------------------------------X

Case No.: 25-10661-pb
Chapter 13

### <u>AMENDED ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY</u>

On June 12, 2025, the Motion (the "Motion") of Avail 1 REO LLC (the "Movant") came before the Court, for relief from the automatic stay with respect to the collateral known as 3094 Dare Place, Bronx, NY 10465 (Block 5529, Lot 487); 3095 Casler Place, Bronx, NY 10465 (Block 5529, Lot 488);  3098 Dare Place, Bronx, NY 10465 (Block 5529, Lot 489); N/A Dare Place, Bronx, NY 10465 (Block 5529, Lot 492); and 3093 Casler Place, Bronx, NY 10465 (Block 5529, Lot 500) (the "Collateral").   This Court, having considered the evidence presented and the arguments of the parties, and with good cause appearing therefor, it is hereby

**ORDERED**, that the automatic stay in effect pursuant to 11 U.S.C. § 362(a), is hereby terminated pursuant to 11 U.S.C. Section 362(d)(1) as to Movant, its agents, assigns or successors in interest, so that Movant, its agents, assigns or successors in interest, may take any and all action under applicable state law to exercise its remedies against the Collateral; and it is further

**ORDERED**, that all other relief sought in the Motion is denied.



Dated: June 18, 2025
New York, New York

/s/ Philip Bentley
_____
Hon. Philip Bentley
U.S. Bankruptcy Judge