Drake Loeb PLLC
555 Hudson Valley Avenue, Suite 100
New Windsor, NY 12553
Telephone: (845) 561-0550
Facsimile (845) 561-1235
Alana R. Bartley, Esq. (AB-0820)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:

SUSAN L ACQUAFREDDA,                    Case No.: 25-10661-pb

                      Debtor.        Chapter 13

------------------------------------------------------------X

### AFFIRMATION IN SUPPORT OF SECURED CREDITOR'S MOTION FOR AN ORDER VACATING THE AUTOMATIC STAY, PURSUANT TO 11 U.S.C. § 362(d)

      Chapter 13 Creditor, MMG Investments II, LLC ("MMG"), by its attorneys, Drake Loeb PLLC, as and for its motion to vacate the automatic stay, pursuant to 11 U.S.C. § 362(d), respectfully represents and shows this Court as follows:

      1.    I am an attorney duly admitted to practice in the State of New York and before the United States District Court for the Southern District of New York. I am a partner of the law firm of Drake Loeb PLLC, attorneys for MMG. I am fully familiar with the facts and circumstances set forth herein.

      2.    MMG is the holder of a first mortgage lien on real property located at 3100 Casler Place, Bronx, New York (the "Property") made on or about September 24, 2010, by Hudson Valley Bank, N.A. to the Acquafredda Enterprises, LLC in the original principal amount of $85,000.00 (the "Loan"). The Debtor is a guarantor of the Loan, and a Mortgagor, as she is the record owner of the Property.

3. Acquafredda Enterprises LLC and the Debtor failed to comply with the terms and conditions of the Loan by failing to pay the outstanding balance due on the Loan when the Loan matured pursuant to its terms on January 15, 2011.

4. By virtue of a series of assignments, the Note, Mortgage and related loan documents were duly assigned by Hudson Valley Bank, N.A. to CL45 MW Loan 1, LLC to MMG Investments II, LLC.

5. Due to the Debtor's default an action was commenced in the Supreme Court of the State of New York, Bronx County, now entitled *MMG Investments II, LLC v. Acquafredda Enterprises, LLC*, et al., Index No. 380880/11, to foreclose the Mortgage (the "Foreclosure Action").

6. As of the petition date, a Judgment of Foreclosure and Sale had been granted in the Foreclosure Action. (A copy of the Judgment of Foreclosure and Sale is annexed hereto as Exhibit "A".)

7. A foreclosure sale of the Property was scheduled for April 28, 2025.

8. On April 5, 2025, the Debtor filed the instant voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York (the "Petition").

9. On May 29, 2025, MMG filed a timely proof of claim for the Loan within the instant bankruptcy proceeding, in the amount of $210,719.50. (Claim No. 2-1) The claim was amended on July 24, 2025, to include a copy of the Assignment of Judgment, which was inadvertently omitted from the initial filing. (Claim No. 2-2)

10. The Debtor has not made any payments to MMG (or its predecessors in interest) since the Loan matured on January 15, 2011. The Debtor has not provided proof

of insurance of the Property to MMG. The Debtor has not paid the real property taxes due and owing on the Property. (Sheehan Aff'd.)

11. As such, the Secured Creditor's interest in the Property is not adequately protected, and relief from stay is warranted.

12. Moreover, the Debtor's current Chapter 13 Plan does not adequately provide for the satisfaction of MMG's arrears (which total $210,719.50) (Claim 2-2) and, upon information and belief, there is no feasible way for the Debtor to satisfy the arrears over the life of the Plan, in violation of Bankruptcy Code § 1325(a)(5)(B)(ii).

13. Since filing this Chapter 13 in April of 2025, the Debtor has made no effort to amend her Plan to a form able to be confirmed.

WHEREFORE, Secured Creditor respectfully requests that this Court grant Secured Creditor's Motion to Vacate the Automatic Stay, pursuant to 11 U.S.C. § 362(d), in its entirety, or such other relief as the Court deems fit.

Dated: November 21, 2025
    New Windsor, New York

                                  DRAKE LOEB PLLC

                          By:    /s/ Alana R. Bartley
                                  ALANA R. BARTLEY, ESQ. (AB-0820)
                                  *Attorneys for MMG Investments II, LLC*
                                  555 Hudson Valley Avenue, Suite 100
                                  New Windsor, New York 12553
                                  Tel. No.: 845-561-0550